**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**March 4, 2009**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

  Plaintiff-Appellee,

v.

TAZZY LEE MORA,

  Defendant-Appellant.

No. 07-2069
(D.C. No. CR 05-0916 JH)
(D. New Mexico)

---

**ORDER AND JUDGMENT**

---

Before **HARTZ,** Circuit Judge, **McWILLIAMS**, Senior Circuit Judge, and **HOLMES,** Circuit Judge.

---

On February 23, 2009, the Supreme Court of the United States issued a certified judgment confirming its January 21, 2009 order vacating the judgment of this court and remanding the cause for further proceedings.

We, in turn, remand this case to the United States District Court for the District of New Mexico with instructions to reconsider the sentence in light of *Chambers v. United States,* 555 U.S. ___ (2009).

The mandate issued to the United States District Court for the District of New Mexico is re-issued forthwith.

Entered for the Court

Robert H. McWilliams,
Senior Circuit Judge